HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSHUA SEARCY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:17-po-00123-MJS |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER FOR PLEA AND SENTENCING; ORDER** |
| vs. | Hon. Michael J. Seng |
| JOSHUA SEARCY, | Date: July 26, 2017 |
| Defendant. | Time: 10:00 a.m. |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Joshua Searcy, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for plea and sentencing at the July 26, 2017 change-of-plea hearing and that he be allowed to appear by video from the United States District Court in Santa Ana, California. This Court has the discretion under Rule 43(b)(2) to allow Mr. Searcy to appear by video for plea and sentencing. The government has no objection to this request.

Mr. Searcy currently resides in San Diego, California, which is an approximately eight and a half hour drive to Yosemite National Park. Mr. Searcy would incur significant expense to travel to Yosemite. As the parties have reached a resolution as to the appropriate sentence in this case, Mr. Searcy respectfully requests that the Court grant a waiver of his right to be personally present and that he be permitted to appear via video from the United States District Court in

Santa Ana, California,[1] for purposes of plea and sentencing. The defense is in the process of arranging a video conference with the federal district court in Santa Ana.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 17, 2017

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JOSHUA SEARCY

## **O R D E R**

**GOOD CAUSE APPEARING**, the above unopposed request for waiver of Defendant's personal appearance and request to appear via video at the July 26, 2017, hearing in Case No. 6:17-po-00123-MJS, is GRANTED **on condition that** a fully executed written plea agreement is provided to the Court at least two court days before the hearing and Defendant makes arrangements necessary to enable him to appear via video from the Federal court in Santa Ana.

IT IS SO ORDERED.

Dated: July 19, 2017

*/s/ Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

---

[1] Defense counsel has been informed by the federal district courthouse in San Diego, California that they do not facilitate video conferences from that courthouse. The federal courthouse in Santa Ana, California is the next closest and most accessible federal courthouse to Mr. Searcy.

Searcy – Request for Rule 43 Waiver for
    Plea and Sentencing

2