AO 245B-CAED(Rev. 11/2016) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **6:17MJ00123-001** |
| **JOSHUA M. SEARCY** | Defendant's Attorney: Reed Grantham, Appointed |

**THE DEFENDANT:**

[✓] pleaded guilty to citations   6808417 and 6808419   of the Complaint.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 4.21 (c) | Exceeding Speed Limits | 11/10/2016 | 6808417 |
| 36 CFR § 4.14 (b) | Open container in motor vehicle | 11/10/2016 | 6808419 |

   The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Citation   6808418   is dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.          [✓] Appeal rights waived.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

7/26/2017
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

7/27/2017
Date

AO 245-CAED(Rev. 11/2016) Sheet 4 - Misdemeanor Probation

DEFENDANT: **JOSHUA M. SEARCY**  
CASE NUMBER: **6:17MJ00123-001**

Page 2 of 2

## PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of :
<u>24 months</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant is ordered to obey all federal, state, and local laws.
3. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The Defendant shall pay a fine of $60.00 and a processing fee of $40.00 for citation number 6808417 and $260.00 and a processing fee of $40.00 for citation number 6808419 for a total fine obligation of $400.00 to be paid at the rate of $40.00 a month, first installment due thirty days from today (8/26/2017) and every thirty days thereafter to be paid in full within the first 10 months of probation. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CENTRAL VIOLATIONS BUREAU  
    PO BOX 71363  
    Philadelphia, PA 19176-1363  
    1-800-827-2982

5. The Defendant is ordered to personally appear for a First Probation Review Hearing on 8/21/2018 at 10:00 am and a Final Probation Review Hearing on 6/25/2019 at 10:00 am before U.S. Magistrate Judge Seng.
6. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.
7. The Defendant shall attend _AA_ or counseling comparable, 2 time(s) weekly for the first 12 months of probation and file sworn proof of attendance to the Court and Government Officer, through Counsel, if represented every 2 weeks.
8. The Defendant shall not operate a motor vehicle with any detectable amount of alcohol in Defendant's system.
9. The Defendant shall not refuse to or fail to complete a chemical test to determine blood alcohol content, if requested by a Law Enforcement Officer.