| | |
|---|---|
| HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender<br>RACHELLE BARBOUR, #185395<br>Attorney<br>801 I Street, 3rd Floor<br>Sacramento, CA  95814<br>Tel: 916-498-5700/Fax: 916-498-5710<br>rachelle.barbour@fd.org<br><br>Attorney for Defendant<br>JOSHUA M. SEARCY | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSHUA M. SEARCY,<br><br>  Defendant. | Case No. 6: 17-PO-123-JDP<br><br>**MOTION TO VACATE AUGUST 21, 2018 INTERIM REVIEW HEARING; ORDER** |

Defendant JOSHUA M. SEARCY hereby requests that the Court vacate the August 21, 2018 interim review hearing.  The Government is in agreement with the request.

On July 26, 2017, the Court sentenced Mr. Searcy to 24 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law.  The Court also ordered Mr. Searcy to attend AA twice a week for 12 months and to pay a $400 fine.

Mr. Searcy has paid off his fine and has had no new violations of law.  He has attended AA meetings as ordered by the Court, and proof of attendance has been filed in the record. Accordingly, the parties request that the Court vacate the August 21, 2018 review hearing.

Date: August 8, 2018                               Respectfully submitted,

                                                                HEATHER E. WILLIAMS
                                                                Federal Defender


                                                                */s/ Rachelle Barbour*
                                                                RACHELLE BARBOUR
                                                                Attorney for Defendant
                                                                JOSHUA M. SEARCY

**O R D E R**

Pursuant to the parties' request, the court vacates the August 21, 2018, interim review hearing for this case.

IT IS SO ORDERED.

Dated:  August 9, 2018                                                  /s/ Jeremy Peterson
                                                                                                UNITED STATES MAGISTRATE JUDGE