Taylor L. Benninger
Legal Intern
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>JOSHUA SEARCY,<br><br>Defendant. | Docket Number: 6:17-po-00123-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Taylor Benninger, hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for June 25, 2019. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on July 26, 2017.

.

Dated: June 24, 2019            /s/ Taylor L. Benninger
                                Taylor L. Benninger
                                Legal Intern
                                Yosemite National Park

1

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for June 25, 2019 in the above referenced matter, *United States v. Searcy, 6:17-po-00123-JDP*, be vacated.

IT IS SO ORDERED.

Dated: __June 24, 2019__   _____
UNITED STATES MAGISTRATE JUDGE